

**KIM & BAE, P.C.**
ATTORNEYS AT LAW

2160 North Central Road, Suite 303
Fort Lee, NJ 07024
T. 201.585.2288  F. 201.585.2246

45 Rockefeller Plaza, Suite 2000,
New York, NY 10111
T (212)319-6888

• Please reply to New Jersey office

June 21, 2018

**Via ECF**
The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> Re:  Ahn v. Nak Won Foods Inc., et al.
> Docket No.: 1:17-cv-02331-MKB-ST
> Our File No.: NY1013
> **Voluntary Dismissal Pursuant to Rule 41(a)(2)**

Dear Judge Tiscione,

We represent the Plaintiff in the above-referenced action. On May 8, 2018, Your Honor ordered that Plaintiff file a motion for default against corporate *pro se* Defendant Nak Won Food, Inc. (Nak Won) by June 4, 2018.

Plaintiff's investigation has revealed that Nak Won is completely defunct and shuttered. As Your Honor is aware, Defendant Eun Hee Ha filed for Chapter 7 Bankruptcy and is the only principal for Nak Won.

Plaintiff will not be able to collect any money and a motion for default against Nak Won would be futile. Therefore Plaintiff respectfully requests that Your Honor voluntarily dismiss this instant action pursuant to Rule 41(a)(2).

Thank you for Your Honor's time and attention.

> Respectfully yours,
> **KIM & BAE, P. C.**
> Attorneys for the Plaintiff
>
> By: /s/ *Farzad Ramin*
> Farzad Ramin

cc:   all counsel of record (via ECF).

**Via Certified Mail and First Class Mail**
NAK WON FOOD INC.
EUN HEE HA
2171 Edwin Avenue
Fort Lee, New Jersey 07024